**Order filed, December 27, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00954-CV

———————

**DONALD R. CAIN, Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the Co Civil Ct at Law No 1
Harris County, Texas
Trial Court Cause No. 1014844**

### ORDER

The reporter's record in this case was due **November 19, 2012**. *See* Tex. R. App. P. 35.1. On November 28, 2012, this court granted the court reporters request for extension of time to file the record until **December 19, 2012**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Lettie Witter**, the official court reporter, to file the record in this appeal **on or before January 18, 2013.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Lettie Witter** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM